# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 DEC 20 PM 12:18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**ARREST ON OUT-OF-DISTRICT OFFENSE**

'07 MJ 2945

CASE NUMBER: _____

The person charged as <u>Sharrod Jefferson</u> now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the <u>Middle</u> District of <u>Tennessee</u> on <u>December 19, 2007</u> with: <u>violation of Title 21, United States Code, Section 846, Conspiracy to distribute and to possess with intent to distribute marijuana (Count 1) and Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2, Distribution and possession with intent to distribute marijuana (Count 2).</u>

The charging documents and warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: <u>12/20/07</u>

_____
U.S. Postal Inspector

Reviewed and Approved

DATE: 12/20/07

_____
Assistant United States Attorney

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Middle__ District of __Tennessee__

UNITED STATES OF AMERICA

V.

Sharrod Jefferson
570 F Street
Chula Vista, California, 91910

**WARRANT FOR ARREST**

Case Number: 3:07-00262   Judge Trauger

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Sharrod Jefferson__

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

21:846 Conspiracy to distribute and to possess with intent to distribute marijuana (Count 1)
21:841(a)(1) and 18:2 Distribution and possession with intent to distribute marijuana (Count 2)

in violation of Title __See above__ United States Code, Section(s) _____

Ann E. Schwarz
Name of Issuing Officer

Criminal Docketing Supervisor
Title of Issuing Officer

*Ann E. Schwarz* (signature)
Signature of Issuing Officer

12/19/2007   Nashville, Tennessee
Date         Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

940 FRONT STREET, SAN DIEGO, CA 92101

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/20/07 | Kelly Cain — U.S. Postal Inspector | Kelly E. C. |
| DATE OF ARREST 12/20/07 | | |

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

**FILED**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
DEC 19 2007
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. 3:07-00262 |
| ) | |
| v. ) | |
| ) | 18 U.S.C. § 2 |
| [1] CAVONNA AVITA RILEY ) | 21 U.S.C. § 841(a)(1) |
| (Counts One and Two) ) | 21 U.S.C. § 846 |
| ) | |
| [2] SHARROD JEFFERSON ) | |
| (Counts One and Two) ) | |
| ) | |
| [3] JAMES EDWIN ROBERTS ) | |
| (Counts One and Two) ) | |

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By _____
Deputy Clerk

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

Beginning on a date unknown to the Grand Jury, but at least as early as September 7, 2005, and continuing up to and including December 10, 2007, in the Middle District of Tennessee and elsewhere, **CAVONNA AVITA RILEY, SHARROD JEFFERSON,** and **JAMES EDWIN ROBERTS** did conspire and agree with each other and others known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about November 20, 2007, in the Middle District of Tennessee and elsewhere, **CAVONNA AVITA RILEY, SHARROD JEFFERSON,** and **JAMES EDWIN ROBERTS**, aided and abetted by each other, did unlawfully, knowingly and intentionally distribute and possess with intent to distribute a quantity of marijuana, a schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL:

FOREPERSON

*Edward M. Yarbrough*
EDWARD M. YARBROUGH
UNITED STATES ATTORNEY

HEATHER G. CHILDS
ASSISTANT UNITED STATES ATTORNEY

2