Minutes of the United States District Court
Southern District of California
January 8, 2008

**HON. WILLIAM MCCURINE, JR.**          **DEPUTY CLERK: R. BRESSI**

---

TAPE NO. WMC08-9:45-10:01

07MJ2945-WMC      USA      vs.      SHARROD JEFFERSON (ENG)(C) #05679298

ID/REMOVAL HEARING

ATTY: RICK BARNETT (RETAINED)

AUSA: CHARLOTTE KAISER

---

DFT STIPULATES TO IDENTITY; WAIVER FILED
SURETY JAMAL BRANCH CALLED, SWORN AND EXAMINED - COURT APPROVES SURETY AND BOND

PRETRIAL RELEASE CONDITIONS MODIFIED TO ALLOW THE DEFENDANT TO TRAVEL TO THE
MIDDLE DISTRICT OF TENNESSEE AND WHAT IS TAKES TO TRAVEL BETWEEN SAN DIEGO AND
THE MIDDLE DISTRICT OF TENNESSEE. THE COURT GIVE PRETRIAL SERVICES DISCRETION TO
REMOVE GPS FOR TRAVEL.

COURT ORDERS THE DEFENDANT TO APPEAR IN THE MIDDLE DISTRICT OF TENNESSEE
ON 1/31/8 AT 12:00 P.M. BEFORE U.S. MAGISTRATE JUDGE JULIET GRIFFIN
ORDER OF REMOVAL FILED

CC: PRETRIAL SERVICES

16 MIN