# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER __07mj2945__ |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Sharrod Jefferson | ) | Booking No. __05679298__ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __1/8/08__

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ __$30,000 P/S__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

__X__ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. _Defendant to be released to Pretrial Services on 1/9/09 @ 9:00 AM. Please call Disha Garcia # 520-8452 when the defendant is ready to be released._

Received _____   UNITED STATES MAGISTRATE JUDGE
                                                          OR
                             W. SAMUEL HAMRICK, JR.   Clerk
                             by _____
                                                    Deputy Clerk

Crim-9  (Rev 6-95)                           ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY