```
                              FILED
                           JAN - 8 2008
                        CLERK, U.S. DISTRICT COURT
                      SOUTHERN DISTRICT OF CALIFORNIA
                      BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SHARROD JEFFERSON,<br><br>　　　　　Defendant. | Magistrate Case No. **07MJ2945**<br><br>**ORDER OF REMOVAL**<br>(Defendant Not in Custody) |

An indictment having been filed in the Middle District of Tennessee, charging defendant **SHARROD JEFFERSON** with conspiracy to distribute and to possess with intent to distribute marijuana; distribution and possession with intent to distribute marijuana, in violation of Title 21, United States Code, Sections 846, 841(a)(1); and Title 18, United States Code, Section 2. Defendant **SHARROD JEFFERSON** was arrested on December 20, 2007, in the Southern District of California, pursuant to the out of district arrest warrant related to said indictment. Defendant **SHARROD JEFFERSON** then posted a criminal bond and waived an identity hearing pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure. Therefore,

IT IS HEREBY ORDERED that defendant **SHARROD JEFFERSON**, appear before United States Magistrate Judge Juliet Griffin, U.S. Courthouse, Courtroom 764, 801 Broadway, Nashville, TN 37203 on Thursday, January 31, 2008 at noon for further proceedings.

Dated: 1/8/08

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE WILLIAM McCURINE, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　**Southern District of California**

Order of Removal/Revised 12/02