PS 8
(8/88)

# United States District Court
## for
### SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JAN 15 PM 12: 47

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

U. S. A. vs. JEFFERSON, SHARROD                              Docket No. 07MJ2945-001

### Petition for Modification on Conditions of Pretrial Release

Comes now Tisha Garcia Pretrial Services Officer presenting an official report regarding the supervision and conditions of release regarding defendant JEFFERSON, SHARROD who was placed under pretrial release supervision by the Honorable William McCurine, Jr. sitting in the court at San Diego, on the 27th day of December, 2007, under the following conditions:

restrict travel to Southern District of California; District of Tennessee for Court; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; Participate in a Global Positioning System (GPS) satellite monitoring program with passive monitoring as directed by the PSO; including, release of defendant to PSA custody. Defendant and sureties are responsible for GPS equipment loss or damage. Remain at specified residence (curfew) between the hours of 8:00P.M. and 5:00A.M. daily.

RESPECTFULLY PRESENTING PETITION FOR MODIFICATION FOR CAUSE AS FOLLOWS:

1. The defendant's residence does not have the appropriate telephone service to allow his passive GPS monitoring to operate properly.

**PRAYING THAT THE COURT WILL ORDER THE DEFENDANT'S CONDITIONS OF RELEASE MODIFIED TO INCLUDE HE PARTICIPATE IN THE GPS SATELLITE MONITORING PROGRAM WITH ACTIVE GPS MONITORING.**

ORDER OF COURT

Considered and ordered this 10th day of January, 2008 and ordered filed and made a part of the records in the above case.

Honorable William McCurine, Jr.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/10/08

Respectfully,
Tisha Garcia
Tisha Garcia, U.S. Pretrial Services Officer

Place   San Diego, California

Date    1/10/08