# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court



January 9, 2008

Clerk, U.S. District Court
Middle District of Tennessee
801 Broadway
Nashville, TN 37203

Re:   07mj2945-WMC, USA v. Sharrod Jefferson

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | ___ | Warrant of Removal |
| X | Complaint | X | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | X | Waiver of Removal |
| X | Personal Surety Bond | | |
| X | Other | Order and Conditions of Pretrial Release; Abstract of Order Releasing Dft; ID/Removal Hearing Minutes | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____s/J. Hinkle_____
       Deputy Clerk

(STAMPED RECEIVED ON BACK BY MIDDLE DISTRICT OF TENNESSEE ON 1/14/08) PW